UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-20974-CIV-COHN/WHITE

MANUEL GUNN,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

**THIS CAUSE** is before the Court on Manuel Gunn's Motion for Reconsideration of Order Denying Review Pursuant to Rule 60(b) and § 1651 [DE 27]. The Court has considered the Motion and the record in this case, and is otherwise advised in the premises.

On November 30, 2009, Mr. Gunn filed his original "Petition to Vacate Sentence and to Vacate Judgment of Conviction for Ineffective Assistance of Counsel and Lack of Subject Matter Jurisdiction Pursuant to Article I § 9 Cl. 2 of the U.S. Constitution and Rule 34 and 12(b)(3)(B)" [DE 1] in Case No. 01-00377-CR. See Case No. 01-00377-CR, DE 202. On March 26, 2010, the Court directed the Clerk to docket the petition as a § 2255 motion to vacate, open a new civil case for the motion to vacate, and place the related filings in the new civil case. See Case No. 01-00377-CR, DE 206. The new civil case was opened on March 29, 2010.

On April 12, 2010, United States Magistrate Judge Patrick A. White issued a Report and Recommendation [DE 10], recommending that Mr. Gunn's § 2255 motion to

vacate be dismissed as a successive motion for which Mr. Gunn had failed to obtain authorization pursuant to § 2244.  On April 23, 2010, Mr. Gunn filed Objections [DE 11] to the Report and Recommendation.  On April 26, 2010, after conducting a *de novo* review of the record, the Court entered its Order Adopting Report of Magistrate Judge [DE 12], denying with prejudice Mr. Gunn's § 2255 motion to vacate.  The Eleventh Circuit then declined to issue a certificate of appealability [DE 22] on October 26, 2010.

On August 10, 2011, Mr. Gunn filed his "Motion to Vacate and Review Pursuant to Rule 60(b) and § 1651 and the Supreme Court Ruling in Bond v. United States, 564 U.S. ___ (2011)" [DE 25] ("Motion to Vacate and Review").  The Court then denied the Motion to Vacate and Review [DE 26], and Mr. Gunn filed the instant Motion requesting reconsideration of that denial.

Federal Rule of Civil Procedure 60(b) provides the following list of reasons justifying reconsideration:

> (1) mistake, inadvertence, surprise, or excusable neglect;
>
> (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
>
> (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
>
> (4) the judgment is void;
>
> (5) the judgment has been satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
>
> (6) any other reason that justifies relief.

Fed. R. Civ. P. 60(b).  Mr. Gunn has not demonstrated any of these bases for reconsideration, and the Court finds no other reason to reevaluate that which has

already been decided.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Manual Gunn's Motion for Reconsideration of Order Denying Review Pursuant to Rule 60(b) and § 1651 [DE 27] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 23rd day of August, 2011.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF

Manuel Gunn, *pro se*
Reg. No. 67172-004
Federal Medical Center
Inmate Mail/Parcels
P.O. Box 14500
Lexington, KY 40512